UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM LEWIS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

Case No. 08-14529

Honorable Patrick J. Duggan

    Defendant.
_____/

## JUDGMENT

On October 24, 2008, Plaintiff filed this lawsuit challenging a final decision of the Commissioner denying Plaintiff's application for Disability Insurance Benefits. Plaintiff and Defendant subsequently filed cross-motions for summary judgment. In an Opinion and Order issued on this date, the Court denied Plaintiff's motion and granted Defendant's motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: October 13, 2009

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Mikel E. Lupisella, Esq.
Derri T. Thomas, Esq.
Magistrate Judge Virginia Morgan